# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DANG NGUYEN AND THUY TROUONG, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-3725 |
| | § | |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE CO. AND | § | |
| TONY COLE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties filed a joint motion for continuance of the scheduling conference, (Docket Entry No. 5). The motion is granted. The initial pretrial and scheduling conference is reset to **April 24. 2015, at 9:30 a.m.** The joint discovery/case management plan is due by April 10, 2015.

SIGNED on February 17, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge